650 A.2d 407

**In the Matter of James J. CURRAN, Jr.**

**No. 953 Disciplinary Docket No. 2.**

Supreme Court of Pennsylvania.

Oct. 24, 1994.

## *ORDER*

PER CURIAM:

AND NOW, this 24th day of October, 1994, a certificate having been filed with this Court pursuant to Rule 214(h), Pa.R.D.E., that the criminal conviction of James J. Curran, Jr., has been vacated and a new trial granted, it is

ORDERED that James J. Curran, Jr., is hereby reinstated as a member of the Bar of this Commonwealth.

FLAHERTY and CAPPY, JJ., did not participate in this matter.

PAPADAKOS, J.; dissents and would continue Mr. Curran in temporary suspension pending recommendation from the Disciplinary Board.

MONTEMURO, J., is sitting by designation.